# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**STATE OF MISSISSIPPI** *ex rel.*
**JIM HOOD, ATTORNEY GENERAL**
**OF THE STATE OF MISSISSIPPI**                                     **PLAINTIFF**

**V.**                                                  **NO. 3:14-cv-52-HTW-LRA**

**JPMORGAN CHASE & COMPANY;**
**CHASE BANK USA, N.A.; and**
**CHASE BANKCARD SERVICES, INC.**                       **DEFENDANTS**

## ORDER

BE IT REMEMBERED that this matter came before the Court upon Defendants' Unopposed Motion for Additional Time. Having considered same, the Court finds that said Motion is well taken.

IT IS THEREFORE ORDERED AND ADJUDGED that:

a. Defendants be, and hereby are, granted until March 13, 2014, to serve their Response to Plaintiff's Motion to Remand and for Fees and Costs;

b. Plaintiff be, and hereby is, granted until April 2, 2014, to serve its Rebuttal in support of its Motion to Remand and for Fees and Costs; and

c. Defendants be, and hereby are, granted until thirty (30) days after the Court resolves the Motion to Remand and for Fees and Costs to respond to the Complaint.

SO ORDERED AND ADJUDGED, this the 19th day of February, 2014.

s/ HENRY T. WINGATE_____<br>DISTRICT JUDGE

278100.1