IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

STATE OF MISSISSIPPI *ex rel.*
JIM HOOD, ATTORNEY GENERAL OF
THE STATE OF MISSISSIPPI

                PLAINTIFF

V.                    CIVIL ACTION NO. 3:14-cv-52-HTW-LRA

JPMORGAN CHASE & COMPANY;
CHASE BANK USA, N.A. and
CHASE BANKCARD SERVICES, INC.        DEFENDANTS

## RESPONSE TO PLAINTIFF'S MOTION FOR FEES AND COSTS

COME NOW Defendants JPMorgan Chase & Company, Chase Bank USA, N.A., and Chase BankCard Services, Inc. (collectively, "Chase") and files this their Response to Plaintiff's Motion for Fees and Costs, Docket No. 10, and in support thereof would show unto the Court the following, to-wit:

1. Chase's removal of this action to this Court was objectively reasonable. In its Complaint, Plaintiff expressly asserted violations of federal law and attempted to re-cast other alleged violations of other federal laws under the guise of state law. Thus, this Court has original jurisdiction over this matter and the removal was proper.

2. In support of the instant Response, Chase relies upon its Memorandum in Opposition to Plaintiff's Motion for Fees and Costs, being submitted simultaneously herewith.

1

WHEREFORE, PREMISES CONSIDERED, Chase prays that Plaintiff's Motion for Fees and Costs be denied. Chase further prays for general relief.

THIS the 13th day of March, 2014.

          Respectfully submitted,

          **JPMORGAN CHASE & COMPANY, CHASE BANK USA, N.A. and CHASE BANKCARD SERVICES, INC.**

          By: s/ Mark H. Tyson
               Of Counsel

          Mark H. Tyson (MSB #9893)
          Stephen T. Masley (MSB #101870)
          McGLINCHEY STAFFORD, PLLC
          City Centre South, Suite 1100
          200 South Lamar Street (Zip - 39201)
          Post Office Drawer 22949
          Jackson, Mississippi 39225-2949
          Telephone: (769) 524-2300
          Facsimile:   (769) 524-2333
          mtyson@mcglinchey.com
          smasley@mcglinchey.com

          Brian W. Shaffer (admitted *pro hac vice*)
          MORGAN, LEWIS & BOCKIUS LLP
          1701 Market Street
          Philadelphia, Pennsylvania 19103-2921
          Telephone: (215) 963-5103
          Facsimile: (215) 963-5001
          bshaffer@morganlewis.com

> Gregory T. Fouts (admitted *pro hac vice*)
> MORGAN, LEWIS & BOCKIUS LLP
> 77 West Wacker Dr., Suite 500
> Chicago, Illinois  60601-5094
> Telephone:  (312) 324-1776
> Facsimile:  (312) 324-1001
> gfouts@morganlewis.com

## **CERTIFICATE OF SERVICE**

I do hereby certify that I have this day served via electronic filing and/or U.S. Mail, postage prepaid, a true and correct copy of the foregoing to:

Linda Jill Singer
COHEN, MILSTEIN, SELLERS & TOLL, PLLC
1100 New York Avenue, NW
West Tower, Suite 500
Washington, DC 20005
lsinger@cohenmilstein.com

Mary Jo Woods
Mississippi Attorney General's Office
P. O. Box 220
Jackson, MS 39205
mwood@ago.state.ms.us

Mimi Liu
COHEN, MILSTEIN, SELLERS & TOLL, PLLC
1100 New York Avenue, NW
West Tower, Suite 500
Washington, DC 20005
mliu@cohenmilstein.com

Robert L. Gibbs
GIBBS WHITWELL PLLC
1400 Meadowbrook Road
Suite 100
Jackson, Mississippi 39205
rgibbs@gibbswhitwell.com

Brian W. Shaffer
MORGAN, LEWIS & BOCKIUS, LLP - Philadelphia
1701 Market Street
Philadelphia, PA 19103-2921
bshaffer@morganlewis.com

Gregory T. Fouts  
MORGAN, LEWIS & BOCKIUS, LLP - Chicago  
77 West Wacker Dr., Suite 500  
Chicago, IL 60601-5094  
gfouts@morganlewis.com

This the 13th day of March, 2014.

                                       s/ Mark H. Tyson  
                                       Of Counsel

278511.1