**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

**STATE OF MISSISSIPPI *ex rel.***
**JIM HOOD, ATTORNEY GENERAL OF**
**THE STATE OF MISSISSIPPI**

**PLAINTIFF**

**V.** **NO. 3:14-cv-52-HTW-LRA**

**JPMORGAN CHASE & COMPANY;**
**CHASE BANK USA, N.A. and**
**CHASE BANKCARD SERVICES, INC.** **DEFENDANTS**

**ENTRY OF APPEARANCE**

PLEASE TAKE NOTICE that Stephen T. Masley of McGlinchey Stafford, hereby enters his appearance as attorney of record for JPMorgan Chase & Company, Chase Bank USA, N.A., and Chase BankCard Services, Inc.

THIS the 25th day of June, 2014.

Respectfully submitted,

**JPMORGAN CHASE & COMPANY,**
**CHASE BANK USA, N.A. and CHASE**
**BANKCARD SERVICES, INC.**

By: s/ Stephen T. Masley
Of Counsel

Mark H. Tyson (MSB #9893)
Stephen T. Masley (MSB #101870)
McGLINCHEY STAFFORD, PLLC
City Centre South, Suite 1100
200 South Lamar Street (Zip - 39201)
Post Office Drawer 22949
Jackson, Mississippi 39225-2949
Telephone: (769) 524-2300
Facsimile: (769) 524-2333
mtyson@mcglinchey.com
smasley@mcglinchey.com

**CERTIFICATE OF SERVICE**

I do hereby certify that I have this day served via electronic filing and/or U.S. Mail, postage prepaid, a true and correct copy of the foregoing to:


Linda Jill Singer
COHEN, MILSTEIN, SELLERS & TOLL, PLLC
1100 New York Avenue, NW
West Tower, Suite 500
Washington, DC 20005
lsinger@cohenmilstein.com

Mary Jo Woods
Mississippi Attorney General's Office
P. O. Box 220
Jackson, MS 39205
mwood@ago.state.ms.us

Mimi Liu
COHEN, MILSTEIN, SELLERS & TOLL, PLLC
1100 New York Avenue, NW
West Tower, Suite 500
Washington, DC 20005
mliu@cohenmilstein.com

Robert L. Gibbs
GIBBS WHITWELL PLLC
1400 Meadowbrook Road
Suite 100
Jackson, Mississippi 39205
rgibbs@gibbswhitwell.com

Brian W. Shaffer
MORGAN, LEWIS & BOCKIUS, LLP - Philadelphia
1701 Market Street
Philadelphia, PA 19103-2921
bshaffer@morganlewis.com

Gregory T. Fouts
MORGAN, LEWIS & BOCKIUS, LLP - Chicago
77 West Wacker Dr., Suite 500
Chicago, IL 60601-5094
gfouts@morganlewis.com

This the 25th day of June, 2014.

s/ Stephen T. Masley
Of Counsel

286264.1