UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| STATE OF MISSISSIPPI *ex rel.* JIM HOOD, ATTORNEY GENERAL OF THE STATE OF MISSISSIPPI,<br><br>Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE & COMPANY, CHASE BANK USA, N.A., AND CHASE BANKCARD SERVICES, INC.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 3:14-CV-52HTW-LRA<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFF STATE OF MISSISSIPPI'S NOTICE OF DEPOSITION OF JULIE BOSCO**

TO:   EACH PARTY AND EACH ATTORNEY OF RECORD IN THIS ACTION:

PLEASE TAKE NOTICE that, pursuant to Rule 30(b)(1) of the Federal Rules of Civil Procedure, counsel for the Plaintiff will take the deposition of Julie Bosco, a witness in this action, at the Omni San Antonio Hotel at the Colonnade, 9821 Colonnade Boulevard, San Antonio, Texas, 78230 (in the Sam Houston Conference Room) on Saturday, June 28, 2014, beginning at 10:00 a.m.

The deposition will be recorded by stenographic and audiovisual means and will be taken before a notary public or other office authorized by law to administer oaths.

The deposition will continue from day to day until completed. You are invited to attend.

**PLAINTIFF, STATE OF MISSISSIPPI *ex rel.* JIM HOOD, ATTORNEY GENERAL OF THE STATE OF MISSISSIPPI**

/s/ George W. Neville
Geoffrey Morgan, MSB No. 3474
George W. Neville, MSB No. 3822

                    Mary Jo Woods, MSB No. 10468
                    S. Martin Millette, MSB No. 102416
Special Assistant Attorneys General
Office of the Mississippi Attorney General
P.O. Box 220
Jackson, MS 39205
Telephone: 601-359-3680
Facsimile: 601-359-2003
Email: gmorg@ago.state.ms.us,
gnevi@ago.state.ms.us,
mwood@ago.state.ms.us,
mamil@ago.state.ms.us

Robert L. Gibbs, MSB No. 4816
GibbsWhitwell PLLC
1400 Meadowbrook Road, Suite 100
Jackson, MS 39211
Telephone:  601-487-2640
Facsimile: 601-366-4295
Email: rgibbs@gibbswhitwell.com

Linda Singer
Mimi Liu
Eric Harrington
Cohen Milstein Sellers & Toll PLLC
1100 New York Avenue, NW
Suite 500, East Tower
Washington, DC 20005
Telephone: 202-408-4600
Facsimile:  202-408-4699
Email: lsinger@cohenmilstein.com,
mliu@cohenmilstein.com,
eharrington@cohenmilstein.com

*Attorneys for Plaintiff*

DATED:  June 26, 2014

## CERTIFICATE OF SERVICE

      I hereby certify that on June 26, 2014, I electronically filed a true and exact copy of the foregoing with the Clerk of the Court using the ECF.

Dated:    June 26, 2014                                      /s/ Robert L. Gibbs
                                                                      Robert L. Gibbs